IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLARENCE L. DUNSON,

    Plaintiff,

vs.                                                  CASE NO. 5:12-cv-134/RS-GRJ

GALIRAK KAYON, et al.,

    Defendants.

_____ /

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 18) and Plaintiff's Objections (Doc. 8).  I have considered the objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** pursuant to 28 U.S.C. § 1915(g) because Plaintiff has three strikes.

3. Plaintiff's motion for leave to proceed as a pauper (Doc. 4) is **DENIED**.

**ORDERED** on June 14, 2012.

                                                         /S/ Richard Smoak
                                                         **RICHARD SMOAK**
                                                         **UNITED STATES DISTRICT JUDGE**